[No. 27352-7-II.   Division Two.   March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ARTHUR GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05459-1, James R. Orlando, J., entered May 17, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 27479-5-II.   Division Two.   March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DISMAS MORRISSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03894-3, Kathryn J. Nelson, J., entered June 8, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 28149-0-II.   Division Two.   March 11, 2003.]

HEIDI GESTSON, ET AL., *Respondents*, v. GAYLA SCOTT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-2-01757-1, James E. Warme, J., entered November 29, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J. Now published at 116 Wn. App. 616.

[No. 28349-2-II.   Division Two.   March 11, 2003.]

JAMES LINDSEY, ET AL., *Appellants*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-03695-3, Kitty-Ann van Doorninck, J., entered January 11, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.